UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIOVANNI CARTER,<br><br>Defendant | No. 19-CR-10104-ADB |

### GOVERNMENT'S UPDATED LIST OF ANTICIPATED WITNESSES

The United States respectfully lists the following individuals who may be called as witnesses at trial:

| | | |
|---|---|---|
| | Federal Law Enforcement Witnesses | |
| 1 | David Simmons | Bureau of Alcohol Tobacco and Firearms |
| 2 | Christopher Kefalas | Bureau of Alcohol Tobacco and Firearms |
| 3 | Patrick Briody | Bureau of Alcohol Tobacco and Firearms |
| 4 | Mattheu Kelsch | Bureau of Alcohol Tobacco and Firearms |
| 5 | Sukhpreet S. Darhele | Bureau of Alcohol Tobacco and Firearms, Contractor |
| | | |
| 6 | Ryan Burke | Federal Bureau of Investigation, CAST Team |
| | State and Local Law Enforcement | |
| 7 | Kris Malm | Massachusetts State Police, Air Unit |
| 8 | Eric Resendes | Massachusetts State Police |
| 9 | Francis Driscoll | Massachusetts State Police |
| 10 | Joseph Sullivan | Massachusetts State Police |
| | | |
| 11 | Edward Cochrane | Massachusetts State Police Crime Lab |
| 12 | Sharon Salem | Massachusetts State Police Crime Lab |
| 13 | Kira Snyder | Massachusetts State Police Crime Lab |
| 14 | Jessica Brown | Massachusetts State Police Crime Lab |
| 15 | William Watson | Massachusetts State Police Crime Lab |
| 16 | Peter Bengtson | Massachusetts State Police Crime Lab |

| 17 | Gyeol Yoon | Massachusetts State Police Crime Lab |
|---|---|---|
| 18 | Brianna Randolph | Massachusetts State Police Crime Lab |
| 19 | Taylor Federchook | Massachusetts State Police Crime Lab |
| 20 | Sarah Lane | Massachusetts State Police Crime Lab |
|  |  |  |
| 21 | Dana Fowler | Plymouth County Sheriff's Department |
| 22 | Samuel Files | Plymouth County Sheriff's Department |
| 23 | Cosmos Nanos | Plymouth County Sheriff's Department |
|  |  |  |
| 24 | David Farrell | Brockton Police Department |
| 25 | Derek Scully | Brockton Police Department |
| 26 | George Almeida | Brockton Police Department |
| 27 | Patrick Donohue | Brockton Police Department |
| 28 | Ryan Quirk | Brockton Police Department |
| 29 | Sylverson Robinson | Brockton Police Department |
| 30 | William Willis | Brockton Police Department |
| 31 | Michael Asack | Brockton Police Department |
| 31 | Shannon Morency | Brockton Police Department |
| 32 | John Sturdevant | Brockton Police Department |
| 33 | Timothy Stanton | Brockton Police Department |
| 34 | Patrick Donohue | Brockton Police Department |
|  |  |  |
| 35 | Sgt. Bruce Trieu | Quincy Police Department |
| 36 | Michael Power | Quincy Police Department |
|  |  |  |
|  | Civilian Witnesses ||
| 37 | Elizabeth Harrington | Fall River, MA; formerly of Express Stores LLC |
| 38 | David McElroy | Express Stores LLC |
| 39 | Gardy Dertelus | Express Stores LLC |
|  |  |  |
| 40 | Robert Stevens | 3Si Security |
|  |  |  |
| 41 | Walter Collier | ShotSpotter |
|  |  |  |
| 42 | Jacki Muh | Hingham, MA; former of Express Employment Professionals |
| 43 | Monica Horan | Express Employment Professionals |
|  |  |  |
| 44 | Shane Harding | Hertz |
|  |  |  |

| | | |
|---|---|---|
| 45 | Justin Darrow | Sprint RF Engineer |
| 46 | Ron Witt | T-Mobile |
| | | |
| 47 | Andy Sousa | Brockton, MA |
| 48 | Baltazar Goncalves | Brockton, MA |
| 49 | Matthew Brewer | Brockton, MA |
| 50 | Carshana Graham | Boston, MA |
| | | |
| 51 | Dennis Martin | |
| | Keepers of the Record | |
| 52 | Keeper of the Record | Capital One |
| 53 | Keeper of the Record | Hertz |
| 54 | Keeper of the Record | AT&T |
| 55 | Keeper of the Record | Sprint |
| 56 | Keeper of the Record | T-Mobile |
| 57 | Keeper of the Record | Liberty Mutual Insurance Company |
| 58 | Keeper of the Record | Good Samaritan Hospital |
| 59 | Keeper of the Record | Apple |
| 60 | Keeper of the Record | Express Employment Professionals |
| 61 | Keeper of the Record | Express Stores LLC |
| 62 | Keeper of the Record | Google |
| 63 | Keeper of the Record | 3Si Security |
| 64 | Keeper of the Record | ShotSpotter |
| 65 | Keeper of the Record | Dr. William Vagenas DMD, Brockton, MA |
| 66 | Keeper of the Record | Massachusetts State Police Identification Section |
| 67 | Keeper of the Record | Massachusetts State Police Crime Lab |
| 68 | Keeper of the Record | Plymouth County Sheriff's Department |
| 70 | Keeper of the Record | Brockton Police |
| 71 | Keeper of the Record | Quincy Police |
| 72 | Keeper of the Record | Suffolk Superior Court |
| 73 | Keeper of the Record | Brockton District Court |
| 74 | Keeper of the Records | Suffolk County Sheriff's Department |
| 75 | Keeper of the Records | Massachusetts Registry of Motor Vehicles |

                                                ANDREW E. LELLING
                                                United States Attorney

                          By:    */s/ Philip A. Mallard*
                                    PHILIP A. MALLARD
                                    GLENN A. MACKINLAY
                                    Assistant United States Attorneys

Date: February 28, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                          By:    */s/ Philip A. Mallard*
                                    PHILIP A. MALLARD
                                    Assistant United States Attorney

Date: February 28, 2020