UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 19-CR-10104-ADB |
| DIOVANNI CARTER, | |
| Defendant | |

## GOVERNMENT'S EXHIBIT LIST

The United States respectfully lists the following potential exhibits that may be introduced in its case-in-chief. The government reserves the right to modify this list with reasonable notice to the defendant.

| Exhibit Number | Description |
|---|---|
| 1 | T-Mobile Surveillance Video |
| 2 | Google Map Street View near T-Mobile Store |
| 3 | Google Map Street View near T-Mobile Store |
| 4 | Google Map Street View near T-Mobile Store |
| 5 | Google Map Street View near T-Mobile Store |
| 6 | T-Mobile Store Surveillance Video, Entry View, 7:05 PM to 7:20 PM |
| 7.1 - 7.6 | T-Mobile Store Surveillance Video, Entry View, 7:05 PM to 7:20 PM, Still Images |
| 8 | T-Mobile Store Surveillance Video, Pods 1 View, 7:05 PM to 7:20 PM |
| 9.1 - 9.16 | T-Mobile Store Surveillance Video, Pods 1 View, 7:05 PM to 7:20 PM, Still Images |
| 10 | T-Mobile Store Surveillance Video, Pods 2 View, 7:05 PM to 7:20 PM |
| 11.1 - 11.7 | T-Mobile Store Surveillance Video, Pods 2 View, 7:05 PM to 7:20 PM, Still Images |
| 12 | T-Mobile Store Surveillance Video, Floor view, 7:05 PM to 7:20 PM |
| 13.1 - 13.14 | T-Mobile Store Surveillance Video, Floor view, 7:05 PM to 7:20 PM, Still Images |
| 14 | T-Mobile Store Surveillance Video, BOH View, 7:05 PM to 7:20 PM |
| 15.1 - 15.28 | T-Mobile Store Surveillance Video, BOH View, 7:05 PM to 7:20 PM, Still Images |
| 16 | Surveillance Video, Dentist Office |

| | |
|---|---|
| 17 | Surveillance Video, Dentist Office, Clip - 7:02 PM to 7:16 PM |
| 18.1 - 18.6 | Surveillance Video, Dentist Office, Still Images |
| 19 | 911 Call at 19.13.30 |
| 19-T | Transcript of 911 Call at 19.13.30 |
| 20 | Map of Boston - Brockton |
| 21.1 - 21.2 | Belmont Street Maps |
| 22.1 - 22.2 | Lyman / Summer Maps |
| 23.1 - 23.4 | Carl Avenue Area Maps |
| 24.1 - 24.8 | Street View Photographs |
| 25 | 3Si Tracking Video |
| 26 | 3Si Tracking Data |
| 27 | Brockton PD Radio Transmission at 19.19.11 |
| 27-T | Transcript of Brockton PD Radio Transmission at 19.19.11 |
| 28 | ShotSpotter Audio recording |
| 29.1 - 29.16 | Crime Scene Photos - T-Mobile |
| 30.1 - 30.7 | Malibu Vehicle Exterior Photos |
| 31.1 - 31.18 | Malibu Vehicle Interior Photos |
| 32.1 - 32.9 | Latent print photos |
| 33.1 - 33.31 | Photos of Recovered Items, including Cell Phones and Tablets |
| 34 | Latent Lift |
| 35 | 9mm round found in vehicle |
| 36 | .22 caliber casing found in vehicle |
| 37 | Hertz Rental Agreement from Vehicle |
| 38 | Photo of Jury Summons to Diovanni Carter |
| 39 | Photo of Capital One Envelope Addressed to Diovanni Carter |
| 40 | Black Duffel bag |
| 41 | Clear plastic bag |
| 42 | White gloves with black accents |
| 43.1 - 43.10 | Latent Print Chalk and Comparison Photos |
| 44 | 10 print card Diovanni Carter |
| 45.1 - 45.10 | Firearm Recovery Photos |
| 46 | Armi Fratelli 9mm |
| 47 | Magazine |
| 48.1 - 48.10 | Photos of Armi Fratelli and Magazine |
| 49 | Black Ruger .380 |
| 50.1 - 50.2 | Ruger Magazine and Ammunition |
| 51.1 - 51.14 | Photos of Black Ruger, ammo, and magazine |
| 52 | PCSD - Rosser Stewart Booking Sheet |
| 53.1 - 53.3 | Photos of Darius Carter during booking |
| 54 | Disc of Plymouth County Sheriff Dept. Jail Calls for Darius Carter from January 1, 2019 to April 1, 2019 |

| | |
|---|---|
| 55 | Disc of Plymouth County Sheriff Dept. Jail Calls for Diovanni Carter from January 1, 2019 to April 1, 2019 |
| 56 | Photograph of 82 Carl Avenue, Brockton, Massachusetts |
| 57 | Felony Stipulation |
| 58 | Brockton PD Radio Transmission at 19.47.56 |
| 58-T | Transcript of Brockton PD Radio Transmission at 19.47.56 |
| 59 | Brockton PD Radio Transmission at 19.57.37 |
| 59-T | Transcript of Brockton PD Radio Transmission at 19.57.37 |
| 60 | Booking Video Darius Carter |
| 61.1 - 61.3 | Still Images, Booking Video Darius Carter |
| 62 | Sweatshirt Darius Carter |
| 63 | Sweat Pants Darius Carter |
| 64 | Sneakers Darius Carter |
| 65 | Booking Video Stephan Stewart |
| 66.1 - 66.11 | Still Images, Booking Video Stephan Stewart |
| 67 | Sneakers, Rosser-Stewart |
| 68 | Jeans, Rosser-Stewart |
| 69 | Pink under pants, Rosser-Stewart |
| 70 | Good Samaritan Hospital Records |
| 71 | Inventory of Phones and Cash Recovered |
| 72 | MSP Air Unit FLIR Video |
| 73 | Excerpt of MSP Air Unit FLIR video |
| 74.1 - 74.13 | Photographs of 22 Jennings Recovery |
| 75.1 - 75.3 | .22 Jennings firearm, magazine, and ammunition |
| 76.1 - 76.12 | Photographs of Jennings firearm, magazine, and .22 caliber ammo |
| 77 | 9mm casing from 323 Summer Street |
| 78.1 - 78.8 | Photos of 9mm casing |
| 79 | Tool Marking Comparison Photo |
| 80.1 - 80.5 | Hertz Records |
| 81 | Capital One Records |
| 82 | Express Employment Records |
| 83.1 - 83.2 | Liberty Mutual Records |
| 84 | Signed Photo of Diovanni Carter from Array |
| 85 | Mass. RMV Diovanni Carter |
| 86 | Mass. RMV Darius Carter |
| 87 | Mass. RMV Rosser-Stewart |
| 88 | Mass. RMV James Boddie |
| 89 | Dennis Martin Plea Agreement |
| 90 | Dennis Martin Cooperation Agreement |
| 91 | Certified Court Record - Brockton District Court 1915CR00328 |
| 92 | Motorola Phone (imei 8837) |

| | |
|---|---|
| 93.1 - 93.9 | Photographs of Motorola Phone (imei 8837) |
| 94.1 - 94.6 | PCSD - Booking, Inmate Call Listing, and Images Diovanni Carter |
| 95.1 - 95.2 | PCSD - Booking and Inmate Call Listing Darius Carter |
| 96.1 - 96.4 | PCSD - Booking Images Darius Carter |
| 97 | Darius Carter - Jail Recording 3/5/19 |
| 97-T | Transcript - Darius Carter - Jail Recording 3/5/19 |
| 98 | Diovanni Carter - Jail Recording 3/7/19 |
| 98-T | Transcript - Diovanni Carter - Jail Recording 3/7/19 |
| 99 | Diovanni Carter - Jail Recording 3/8/19 |
| 99-T | Transcript - Diovanni Carter - Jail Recording 3/8/19 |
| 100 | Diovanni Carter - Jail Recording 3/17/19 |
| 100-T | Transcript - Diovanni Carter - Jail Recording 3/17/19 |
| 101 | Terrell Jackson Booking Sheet - Quincy PD |
| 102 | Boddie Phone |
| 103 | Boddie Phone Image |
| 103.1 | GrayKey Extraction Report for Boddie Phone Image |
| 104.1 - 104.5 | Contact Listings from Boddie phone extraction |
| 105 | Text Message Conversation 6983 Phone from Boddie phone extraction |
| 106 | Text Message Conversation 6720 Phone from Boddie phone extraction |
| 107 | Text Message Conversation with 857-312-8889 from Boddie phone extraction |
| 108 | Chat with Contact "Newnew" from Boddie phone extraction |
| 109 | Chat with Contact "Dio" from Boddie phone extraction |
| 110 | Apple iCloud Data - Diovanni Carter |
| 111 | Google Data |
| 111.1 | Letter Accompanying Google Data |
| 112 | Google Subscriber |
| 113 | Email for Hertz Reservation |
| 114 | Email from Express Employment |
| 115 | Email to Express Employment |
| 116 | Google Search History |
| 116.1 | Chart of Google Search History |
| 117.1 - 117.3 | 19-02529 - DNA Report 3 - Chart of Allele Comparison |
| 118 | Certified Record of Conviction - Diovanni Carter, Suffolk Superior Court |
| | |
| | Sprint Records for 617-704-2207 |
| 119 | Subscriber |
| 120 | CSLI Records |
| 121 | Call Detail Records |
| | |
| | Sprint Records for 857-212-7918 |
| 122 | Subscriber |

| | | |
|---|---|---|
| 123 | CSLI Records | |
| 124 | Call Detail Records | |
| | | |
| | Sprint Records for 508-408-3998 | |
| 125 | Subscriber | |
| 126 | CSLI Records | |
| 127 | Call Detail Records | |
| | | |
| | Sprint Records for 617-704-1312 | |
| 128 | Subscriber | |
| | | |
| | AT&T Records for 617-291-6983 | |
| 129 | Subscriber | |
| 130 | CSLI Records | |
| 131 | Call Detail Records | |
| | | |
| | Tmobile Records for 857-719-8349 | |
| 132 | Subscriber | |
| 133 | CSLI Records | |
| 134 | Call Detail Records | |
| | | |
| | Tmobile Records for 617-602-9101 | |
| 135 | Subscriber | |
| 136 | CSLI Records | |
| 137 | Call Detail Records | |
| | | |
| | Tmobile Records for 617-407-8447 | |
| 138 | Subscriber | |
| 139 | CSLI Records | |
| 140 | Call Detail Records | |
| | | |
| | Tmobile Records for 781-924-9144 | |
| 141 | Subscriber | |
| 142 | CSLI Records | |
| 143 | Call Detail Records | |
| | | |
| | AT&T Records for 508-577-6720 | |
| 144 | Subscriber | |
| 145 | Call Detail Records | |
| | | |
| 146 | Maps of Plotted CSLI | |

| | |
|---|---|
| 147 | Videos of Plotted CSLI |
| 148.1 - 148.4 | Summary Chart of Call Detail Records |
| 149 | Summary Chart of Call Frequency |
| 150.1 - 150.2 | Test fire video |
| 151 | Darius Carter Brockton Police Department Booking Photo |
| 152 | Dennis Martin Brockton Police Department Booking Photo |
| 153 | Stephan Rosser-Stewart Brockton Police Department Booking Sheet |
| 154 | Stephan Rosser-Stewart Brockton Police Department Booking Photo |
| 155 | Darius Carter Brockton Police Department Booking Sheet |
| 156 | Diovanni Carter Brockton Police Department Booking Sheet |
| 157 | Diovanni Carter Brockton Police Department Booking Photo |
| 158 | Photo of Dennis Martin during booking |
| 159.1 - 159.5 | Evidence Submission Forms for MSP Crime Lab No. 19-02529 |
| 160.1 - 160.2 | Evidence Submission Forms for MSP Crime Lab No. 19-03524 |
| 161 | Mass. RMV Terrell Jackson |
| 162 | ShotSpotter Certified Forensic Report |

                    ANDREW E. LELLING
                    United States Attorney

By:   */s/ Philip A. Mallard*
       PHILIP A. MALLARD
       GLENN A. MACKINLAY
       Assistant United States Attorneys

Date: March 1, 2020

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

By:   */s/ Philip A. Mallard*
       PHILIP A. MALLARD
       Assistant United States Attorney

Date: March 1, 2020