Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

Aug. 26, 2020

United States District Court for
the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE: United States of America v. Stephan Rosser-Stewart
NO: 1:19-cr-10104-ADB

Dear Sir/Madam:

Enclosed for action, filing and docketing regarding the above-referenced matter, please find MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY.

Kindly mark this motion up for hearing at your earliest convenience.

Very truly yours,

Stephen Rosser-Stewart
, Pro Se

Enclosure
cc: U.S. Attorney Paul Garrity

FILED IN CLERKS OFFICE
2020 AUG 31 AM 11:34
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
for the District of Massachusetts

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO. 1:19-cr-10104-ADB
Stephain Rosser-Stewart )
)

MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, Stephain Rosser-Stewart, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓) Disagreement on strategy;

( ) Failure to obtain a bail appeal;

(✓) Lack of understanding between me and my attorney;

(✓) Failure to present my best interests;

(✓) Other:
Lack of communication Between me and my loved ones And he was A Paid for but had to give 45,000 dallors back to my mother now due to that I feel there is A conflict of interest

Date: 8/20/2020

Respectfully submitted,

Stephain Rosser-Stewart
, Pro Se
26 Long Pond Road
Plymouth, MA 02360

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

USMS SCREENED



02 1P   $ 000.50⁰
0000911483   AUG 27 2020
MAILED FROM ZIP CODE 02360

Clerk – Criminal Matters
UNITED STATES DISTRICT COURT
One Courthouse Way – Suite 2300
Boston, MA        02210

02210$3025 C079