UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSESTTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | Case No. 1:19-CR-10104-ADB |
| | * | |
| STEPHAN ROSSER-STEWART | * | |
| Defendant. | * | |

**ATTORNEY'S RESPONSE/MOTION TO WITHDRAW DEFENDANT'S MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY**

NOW COMES Attorney Paul Garrity, attorney for Defendant Stephan Rosser-Stewart in response to the Defendant's Motion to Dismiss Appointed Attorney and to Appoint New Attorney and notifies this Court that the undersigned counsel spoke with the Defendant on September 4, 2020. As a result of that conversation the Defendant informed the undersigned counsel that he wishes to have the undersigned counsel continue as his attorney on the above-captioned matter and does not want new counsel to be appointed.

Respectfully submitted
Stephan Rosser-Stewart,
By his Attorney,

Date:   September 3, 2020

/s/ Paul J. Garrity
Paul J. Garrity
Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106

**<u>CERTIFICATE OF SERVICE</u>**

 I, Paul J. Garrity, herein certify that on this 4th day of September, 2020, a copy of the within Motion was e-filed for all parties involved.


Date: September 4, 2020    <u>/s/ Paul J. Garrity   </u>
                Paul J. Garrity