UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSESTTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | Case No. 1:19-CR-10104-ADB |
| | * | |
| STEPHAN ROSSER-STEWART | * | |
| Defendant. | * | |

## ASSENTED TO MOTION TO SCHEDULE RULE 11 HEARING

NOW COMES the Defendant, Stephan Rosser-Stewart, by and through counsel, Paul Garrity, and hereby moves this Court to schedule a Rule 11 Hearing.

In support of this motion, the Defendant states as follows:

1. The Defendant requests that an in-person Rule 11 Hearing be scheduled for his case.

2. Currently, there is a Status Conference scheduled for January 7, 2021 at 9:15 a.m. The Defendant requests that the status conference remain on the docket as the Defendant wishes to address certain aspects of his case with the Court.

3. That the US Attorney's Office has been contacted and assents to the scheduling of a Rule 11 hearing;

4. For scheduling purposes, the undersigned counsel wishes to inform the Court that he is scheduled for following Jury Trials: US v. F. Feliz, US v. C. Roukey, and US v. R. Vetrone at the US District Court – District of New Hampshire on February 1, 2022; US v. M, Zapata Velez at the US District Court – District of Massachusetts on March 7, 2022; State v. J. Roy at the Cheshire County Superior Court on March 14, 2022; US v. A. Monegro -Reynoso at the US District Court – District of New Hampshire on March 15, 2022, State v. K. McDowell at the Rockingham Superior Court on March 21, 2022;

US v. W. Goncalves – Mendes at the US District Court – District of Massachusetts on March 21, 2022; State v. I. Salifu at the Hillsborough Superior Court Southern District on April 4, 2022; State v. J.  Samaniego at the Rockingham Superior Court on April 4, 2022; State v. K. Richardson at the Rockingham Superior Court on June 13, 2022;

5.  The undersigned counsel has is also scheduled for the following in-person Trials in District Court: State v. B. Rodriguez on January 10, 2022 at 2:30 p.m. at the Manchester District Court, State v. N. Shample on January 12, 2022 at the Hampton District Court, State v. L. Capetillo Cruz on January 13, 2022 at 9:00 a.m. at the Hampton District Court, State v. J, Howell on January 14, 2022 at 12:45 p.m. at the Derry District Court, State v. E. Mutede at on January 18, 2022 at 1:00 p.m. at the Hampton District Court, State v. D. Margarian on January 26, 2022 at 11:30 a.m. at the Derry District Court, State v. P. Greenwood on February 4, 2022 at 12:45 p.m. at the Derry District Court, State v. C. Kutrubes on February 16, 2022 at 10:30 a.m. at the Merrimack District Court;

6.  Furthermore, the undersigned counsel will be on vacation January 13, 2022 through January 17, 2022. The undersigned counsel will also be on vacation February 26, 2022 through March 6, 2022. In addition, the undersigned counsel will be away March 10, 2022 through March 13, 2022 for his son's wedding. Finally, the undersigned counsel will be on vacation April 22, 2022 through May 1, 2022.

WHEREFORE, the Defendant, Stephan Rosser-Stewart, respectfully requests that this Court grant the within motion and schedule a Rule 11 Hearing.

Respectfully submitted
Stephan Rosser-Stewart,

By his Attorney,

Date:   January 6, 2022                             /s/      Paul J. Garrity
                                                    Paul J. Garrity
                                                    Bar No. 555976
                                                    14 Londonderry Road
                                                    Londonderry, NH 03053
                                                    603-434-4106


## CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 6th day of January, 2022, a copy of the within Motion e-filed for all Parties involved.


Date:   January 6, 2022                             /s/      Paul J. Garrity
                                                    Paul J. Garrity